# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AARON DALTON,<br><br>     *Plaintiff*,<br><br>v.<br><br>GAFFER PROPERTIES LLC; HISTORIC CASANOVA LIQUORS, LLC; and THE NOVA OF HUDSON, LLC,<br><br>     *Defendants*. | Case No. 3:16-cv-00723-jdp<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Aaron Dalton may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Aaron Dalton with prejudice and without costs, expenses, or disbursements to any party.

| | |
|---|---|
| Dated: June 27, 2017 | Dated: June 27, 2017 |
| **HEYWOOD CARI & ANDERSON S.C.** | **BROWNE LAW LLC** |
| /s/ Christopher Anderson<br>Christopher Anderson<br>816 Dominion Drive, Suite 100<br>Hudson WI, 54016<br>Email: canderson@heywoodandcari.com<br>**ATTORNEYS FOR DEFENDANTS** | /s/ Padraigin L. Browne<br>Padraigin L. Browne (MN Bar # 389962)<br>Browne Law LLC<br>8530 Eagle Point Blvd, Suite 100<br>Lake Elmo, MN 55042<br>E-mail: paddy@brownelawllc.com<br>Phone: (612) 293-4805<br>**ATTORNEYS FOR PLAINTIFF** |

1